[No. 34861-2-I.    Division One.    October 9, 1995.]

THE CITY OF KIRKLAND, *Appellant*, v. WILLI J. ELLIS,
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-08877-7, Marilyn R. Sellers, J., entered
June 7, 1994. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Baker, C.J., and Webster, J.


[No. 35662-3-I.    Division One.    October 9, 1995.]

JUAN CEBALLOS, *Respondent*, v. EMPLOYMENT
SECURITY DEPARTMENT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-02853-7, Brian D. Gain, J., entered
October 26, 1994. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Kennedy, A.C.J., and Becker,
J.


[No. 13503-9-III.    Division Three.    October 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA
SUE CONNERS, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 92-1-00679-1, Robert H. Whaley, J.,
entered September 7, 1993. *Affirmed in part* and *reversed
in part* by unpublished opinion per Thompson, C.J.,
concurred in by Munson and Sweeney, JJ.


[No. 13754-6-III.    Division Three.    October 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
PAUL TRISTAN, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-1-01596-9, Michael E. Donohue,
J., entered December 9, 1993. *Affirmed in part* and
*remanded* by unpublished opinion per Munson, J., con-
curred in by Thompson, C.J., and Sweeney, J.